**COMBINED** Omnibus Public Land Management Act of 2009, § 1206(a) (Public Law 111-11, 123 Stat. 1018), and Mount Hood Cooper Spur Land Exchange Clarification Act of 2018 (Public Law 115-110, 131 Stat. 2270) (Collectively "the Act"):

## SEC. 1206. LAND EXCHANGES.

(a) COOPER SPUR-GOVERNMENT CAMP LAND EXCHANGE.—

    (1) DEFINITIONS.—In this subsection:

        (A) COUNTY.—The term "County" means Hood River County, Oregon.

        (B) EXCHANGE MAP.—The term "exchange map" means the map entitled "Cooper Spur/Government Camp Land Exchange, dated June 2006.

        (C) FEDERAL LAND.—The term "Federal land" means the approximately 107 acres of National Forest System land in the Mount Hood National Forest in Government Camp, Clackamas County, Oregon, identified as "USFS Land to be Conveyed" on the exchange map.

        (D) MT. HOOD MEADOWS.—The term "Mt. Hood Meadows" means the Mt. Hood Meadows Oregon, Limited Partnership.

        (E) NON-FEDERAL LAND.—The term "non-Federal land" means—

            (i) the parcel of approximately 770 acres of private land at Cooper Spur identified as "Land to be acquired by USFS" on the exchange map; and

            (ii) any buildings, improvements, furniture, fixtures, and equipment at the Inn at Cooper Spur and the Cooper Spur Ski Area covered by an appraisal described in paragraph 2(D).

    (2) COOPER SPUR-GOVERNMENT CAMP LAND EXCHANGE.—

        (A) CONVEYANCE OF LAND.—Subject to the provisions of this subsection, if Mt. Hood Meadows offers to convey to the United States all right, title, and interest of Mt. Hood Meadows in and to the non-Federal land, the Secretary shall convey to Mt. Hood Meadows all right, title, and interest of the United States in and to the Federal land (other than any easements reserved under subparagraph (G)), subject to valid existing rights.

(B) COMPLIANCE WITH EXISTING LAW.—Except as otherwise provided in this subsection, the Secretary shall carry out the land exchange under this subsection in accordance with section 206 of the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1716).

(C) CONDITIONS OF ACCEPTANCE.—

  (i) TITLE.—As a condition of the land exchange under this subsection, title to the non-Federal land to be acquired by the Secretary under this subsection shall be acceptable to the Secretary.

  (ii) TERMS AND CONDITIONS.—The conveyance of the Federal land and non-Federal land shall be subject to such terms and conditions as the Secretary may require.

(D) APPRAISALS.—

  (i) IN GENERAL.—Not later than 120 days after the date of the enactment of the Mount Hood Cooper Spur Land Exchange Clarification Act, the Secretary and Mt. Hood Meadows shall jointly select an appraiser to conduct an appraisal of the Federal land and non-Federal land.

  (ii) REQUIREMENTS.—Except as provided under clause (iii), an appraisal under clause (i) shall assign a separate value to each tax lot to allow for the equalization of values and be conducted in accordance with nationally recognized appraisal standards, including—

    (I) the Uniform Appraisal Standards for Federal Land Acquisitions; and

    (II) the Uniform Standards of Professional Appraisal Practice.

  (iii) FINAL APPRAISED VALUE.—

    (I) IN GENERAL.—Subject to subclause (II), after the final appraised value of the Federal land and the non-Federal land are determined and approved by the Secretary, the Secretary shall not be required to reappraise or update the final appraised value for a period of up to 3 years, beginning on the date of the approval by the Secretary of the final appraised value.

    (II) EXCEPTION.—Subclause (I) shall not apply if the condition of either the Federal land or the non-federal land referred to in subclause (I) is significantly and substantially altered by fire, windstorm, or other events.

(iv) PUBLIC REVIEW.—Before completing the land exchange under this Act, the Secretary shall make available for public review the complete appraisals of the land to be exchanged.

(E) SURVEYS.—

(i) IN GENERAL.—The exact acreage and legal description of the Federal land and non-Federal land shall be determined by surveys approved by the Secretary.

(ii) COSTS.—The responsibility for the costs of any surveys conducted under clause (i), and any other administrative costs of carrying out the land exchange, shall be determined by the Secretary and Mt. Hood Meadows.

(F) DEADLINE FOR COMPLETION OF LAND EXCHANGE.— It is the intent of Congress that the land exchange under this subsection shall be completed not later than 16 months after the date of enactment of this Act.

(G) REQUIRED CONVEYANCE CONDITIONS.—Prior to the exchange of the Federal and non-Federal land—

(i) the Secretary and Mt. Hood Meadows may mutually agree for the Secretary to reserve a conservation easement to protect the identified wetland in accordance with applicable law, subject to the requirements that—

(I) the conservation easement shall be consistent with the terms of the September 30, 2015, mediation between the Secretary and Mt. Hood Meadows; and

(II) in order to take effect, the conservation easement shall be finalized not later than 120 days after the date of enactment of the Mount Hood Cooper Spur Land Exchange Clarification Act; and

(ii) the Secretary shall reserve a 24-foot-wide non-exclusive trail easement at the existing trail locations on the Federal land that retains for the United States existing rights to construct, reconstruct, maintain, and permit nonmotorized use by the public of existing trails subject to the right of the owner of the Federal land—

(I) to cross the trails with roads, utilities, and infrastructure facilities; and

(II) to improve or relocate the trails to accommodate development of the Federal land.

(H) EQUALIZATION OF VALUES.—

    (i) IN GENERAL.—Notwithstanding subparagraph (A), in addition to or in lieu of monetary compensation, a lesser area of Federal land or non-Federal land may be conveyed if necessary to equalize appraised values of the exchange properties, without limitation, consistent with the requirements of this Act and subject to the approval of the Secretary and Mt. Hood Meadows.

    (ii) TREATMENT OF CERTAIN COMPENSATION OR CONVEYANCES AS DONATION.—If, after payment of compensation or adjustment of land area subject to exchange under this Act, the amount by which the appraised value of the land and other property conveyed by Mt. Hood Meadows under subparagraph (A) exceeds the appraised value of the land conveyed by the Secretary under subparagraph (A) shall be considered a donation by Mt. Hood Meadows to the United States.