Jesse A. Buss, OSB No. 122919
Willamette Law Group, PC
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Karl G. Anuta, OSB No. 861423
Law Office of Karl G. Anuta, P.C.
735 S.W. First Ave.
Portland OR 97204
Tel: 503-827-0320
Fax: 503-386-2168
Email: kga@integra.net

*Attorneys for Plaintiffs Thrive Hood River, Oregon Wild, Sierra Club, Oregon Nordic Club, Friends of Mount Hood, Oregon Kayak and Canoe Club, and Mike McCarthy*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| THRIVE HOOD RIVER, OREGON WILD, SIERRA CLUB, OREGON NORDIC CLUB, FRIENDS OF MOUNT HOOD, OREGON KAYAK AND CANOE CLUB, and MIKE McCARTHY,<br><br>        Plaintiffs,<br><br>    v.<br><br>META LOFTSGAARDEN, Forest Supervisor for the Mt. Hood National Forest, and the UNITED STATED FOREST SERVICE,<br><br>        Defendants. | Case No.  3:22-cv-01981<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      This Corporate Disclosure Statement is filed on behalf of Thrive Hood River, Oregon

Wild, Sierra Club, Oregon Nordic Club, Friends of Mount Hood, and the Oregon Kayak and

Page 1 of 2 - CORPORATE DISCLOSURE STATEMENT

Canoe Club in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure. That rule provides that a nongovernmental corporate party must identify any parent corporation and any publicly held corporation that owns 10% or more of its stock, or state that there is no such corporation. Here, as to each plaintiff listed above, there are no such corporations.

Respectfully submitted this 24th day of December, 2022.

*/s/ Jesse A. Buss*
Jesse A. Buss, OSB No. 122919
Willamette Law Group, PC
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com
*Attorney for Plaintiffs*