**NATALIE K. WIGHT, OSB # 035576**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2936
sean.martin@usdoj.gov
Telephone: (503) 727-1010
      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **THRIVE HOOD RIVER; OREGON WILD; SIERRA CLUB; OREGON NORDIC CLUB; FRIENDS OF MOUNT HOOD; OREGON KAYAK AND CANOE CLUB; MIKE MCCARTHY**, | Case No. 3:22-cv-01981-AR |
| Plaintiffs, | **CERTIFICATION OF DEFENDANT U.S. FOREST SERVICE'S ADMINISTRATIVE RECORD** |
| v. | **DECLARATION OF STACEY R. GRIMES** |
| **META LOFTSGAARDEN; UNITED STATES FOREST SERVICE**, | |
| Defendants, | |
| and | |
| **MT. HOOD MEADOWS OREG., LLC,** | |
| Defendant-Intervenor. | |

I, Stacey R. Grimes, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Regional Litigation, Freedom of Information Act, and Privacy Act Program Manager for the U.S. Department of Agriculture-Forest Service Pacific Northwest Region. I have been employed by the Forest Service since 1992 and have worked in the Pacific Northwest Regional Office since July 1999.

2. Under my direction and oversight, the Forest Service compiled and organized the documents comprising the administrative record for its May 2022 Final Record of Decision on the Government Camp-Cooper Spur Land Exchange. Plaintiffs challenge this decision in this lawsuit.

3. This administrative record is being served on the parties and lodged with this Court. It is provided in an electronic searchable format (PDF documents) along with an index and acronyms list. It is being provided on a single thumb drive that includes documents Bates-numbered as follows: AR 00001 through AR 44658.

4. To the best of my knowledge and belief, the administrative record documents provided on the thumb drive (and listed on the index) are the pertinent documents considered, either directly or indirectly, by the relevant Forest Service officials in connection with the challenged decision. In addition, each document in the administrative record is a

true and correct copy of an original document located in Forest Service files.

Executed on this 7th day of September, 2023.

_____
Stacey R. Grimes