**NATALIE K. WIGHT, OSB # 035576**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010

      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **THRIVE HOOD RIVER; OREGON WILD; SIERRA CLUB; OREGON NORDIC CLUB; FRIENDS OF MOUNT HOOD; OREGON KAYAK AND CANOE CLUB;** and **MIKE MCCARTHY**,<br><br>    Plaintiffs,<br><br>v.<br><br>**META LOFTSGAARDEN;** and **UNITED STATES FOREST SERVICE**,<br><br>    Defendants.<br><br>and<br><br>**MT. HOOD MEADOWS OREG., LLC,**<br><br>    Defendant-Intervenor. | Case No. 3:22-cv-01981-AR<br><br>**CERTIFICATION OF DEFENDANT U.S. FOREST SERVICE'S REVISED ADMINISTRATIVE RECORD**<br><br>**DECLARATION OF STACEY R. GRIMES** |

I, Stacey R. Grimes, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Regional Litigation, Freedom of Information Act, and Privacy Act Program Manager for the U.S. Department of Agriculture-Forest Service Pacific Northwest Region. I have been employed by the Forest Service since 1992 and have worked in the Pacific Northwest Regional Office since July 1999.

2. Under my direction and oversight, and as a result of conferral among counsel for the parties in this action, the Forest Service compiled and organized the documents comprising the revised administrative record for its May 2022 Final Record of Decision on the Government Camp-Cooper Spur Land Exchange. Plaintiffs challenge this decision in this lawsuit.

3. This revised administrative record is being served on the parties and lodged with this Court. It is provided in an electronic searchable format (PDF documents) along with an index and acronyms list. It is being provided on a single thumb drive that includes documents Bates-numbered as follows: AR 00001 through AR 50429. The thumb drive and revised administrative record also includes the administrative record documents lodged in a separate earlier lawsuit, No. 15-cv-01397-BR (D. Or.), regarding the land exchange. Those documents are Bates-

Page 2   Certification of Defendant U.S. Forest Service's Administrative Record; *Thrive Hood River, et al. v. Loftsgaarden, et al.*, Case No. 3:22-cv-01981-AR

numbered AR 00001 through AR 18666, Supp AR 0001 through AR Supp AR 1161, 2nd Supp AR 0001 through 2nd Supp AR 0955, 3rd Supp AR 00001 through 3rd Supp AR 04089, 4th Supp AR 000001 through 4th Supp AR 001640, and 5th Supp AR 0001 through 5th Supp AR 3434.

4. To the best of my knowledge and belief, the revised administrative record documents provided on the thumb drive are the materials considered, either directly or indirectly, by the relevant Forest Service officials in connection with the challenged decision. In addition, each document in the revised administrative record is a true and correct copy of an original document located in Forest Service files. Executed on that 18th day of January, 2024.

_____
Stacey R. Grimes