Jesse A. Buss, OSB No. 122919
Willamette Law Group, PC
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
Fax: 503-608-4100
Email: jesse@WLGpnw.com

Karl G. Anuta, OSB No. 861423
Law Office of Karl G. Anuta, P.C.
735 S.W. First Ave.
Portland OR 97204
Tel: 503-827-0320
Fax: 503-386-2168
Email: kga@lokga.net

*Attorneys for Plaintiffs Thrive Hood River, Oregon Wild, Sierra Club, Oregon Nordic Club, Friends of Mount Hood, Oregon Kayak and Canoe Club, and Mike McCarthy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| THRIVE HOOD RIVER, OREGON WILD, SIERRA CLUB, OREGON NORDIC CLUB, FRIENDS OF MOUNT HOOD, OREGON KAYAK AND CANOE CLUB, and MIKE McCARTHY,<br><br>Plaintiffs,<br><br>v.<br><br>META LOFTSGAARDEN, Forest Supervisor for the Mt. Hood National Forest, and the UNITED STATED FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>MT. HOOD MEADOWS OREG., LLC,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-01981-AR<br><br>**JOINT PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE** |

The parties agree that the claims in this case should be resolved on cross motions for summary judgment based on the administrative record (AR) pursuant to the judicial-review provisions of the Administrative Procedure Act, 5 U.S.C. §§ 701-06. In accordance with that agreement and the direction of the Court (ECF 36), the parties have conferred regarding scheduling and hereby submit the following proposed briefing schedule for the Court's consideration. Plaintiffs expect that they may need an additional-length brief for their Combined Response/Reply identified below, as they will be responding to both Federal Defendants and Intervenor-Defendant. Defendants and Intervenor-Defendant would not oppose a reasonable request for such an additional-length brief. Moreover, the parties agree that additional length may be needed for other summary judgment briefs under the proposed schedule below, and they agree they would not oppose reasonable requests from any party for an additional-length brief:

- **Tuesday, December 3, 2024**: Federal Defendants will complete the AR with the Clackamas County Comprehensive Plan (consistent with the Court's Opinion and Order (ECF 36)) and electronically file and serve this AR document via CM-ECF.

- **Friday, January 31, 2025**: Plaintiffs' Motion for Summary Judgment is due.

- **Monday, March 31, 2025:** Federal Defendants' and Meadows's respective Cross-Motions for Summary Judgment along with combined memoranda both in support of their cross-motions and in response to Plaintiffs' summary judgment motion are each due. Federal Defendants and Meadows will endeavor to minimize duplication of arguments.

- **Wednesday, April 30, 2025:** Plaintiffs' combined Response/Reply is due.

- **Friday, May 30, 2025:** Federal Defendants' and Meadows's Replies in support of their Cross-Motions for Summary Judgment are due.

Dated: November 25, 2024

| | |
|---|---|
| */s/ Jesse A. Buss*<br>JESSE A. BUSS, OSB # 122919<br>Willamette Law Group, PC<br>411 Fifth Street<br>Oregon City OR 97045-2224<br>Tel: 503-656-4884<br>Fax: 503-608-4100<br>Email: jesse@WLGpnw.com<br><br>*Of Attorneys for Plaintiffs* | NATALIE K. WIGHT<br>United States Attorney<br>District of Oregon<br><br>*/s/ Sean E. Martin*<br>SEAN E. MARTIN, OSB # 054338<br>Assistant United States Attorney<br>1000 S.W. Third Ave., Suite 600<br>Portland OR 97204-2902<br>Tel: 503-727-1010<br>Email: sean.martin@usdoj.gov<br><br>*Attorneys for Federal Defendants*<br><br>*/s/ Stephen J. Odell*<br>STEPHEN J. ODELL, OSB # 903530<br>Marten Law, LLP<br>1050 SW 6th Ave Ste 2150<br>Portland OR  97204<br>Tel: 503-241-2648<br>Email: sodell@martenlaw.com<br><br>*Attorney for Mt. Hood Meadows Oreg. LLC* |