**NATALIE K. WIGHT, OSB # 035576**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010

      Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **THRIVE HOOD RIVER; OREGON WILD; SIERRA CLUB; OREGON NORDIC CLUB; FRIENDS OF MOUNT HOOD; OREGON KAYAK AND CANOE CLUB;** and **MIKE MCCARTHY**, | Case No. 3:22-cv-01981-AR |
| Plaintiffs, | **DECLARATION OF ANDREA DOLBEAR** |
| v. | |
| **META LOFTSGAARDEN;** and **UNITED STATES FOREST SERVICE**, | |
| Defendants. | |
| and | |
| **MT. HOOD MEADOWS OREG., LLC,** | |
| Defendant-Intervenor. | |

I, Andrea Dolbear, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Regional Litigation, Freedom of Information Act, and Privacy Act Program Specialist for the U.S. Department of Agriculture-Forest Service Pacific Northwest Region. I have been employed by the Forest Service since 2017 and have worked in the Pacific Northwest Regional Office since March 2024.

2. As a result of an order from Judge Armistead in this action, the Forest Service is lodging a copy of the Clackamas County Comprehensive Plan ("CCCP") to complete the Administrative Record.

3. The CCCP is being lodged via CM-ECF and is provided in an electronic searchable format (PDF documents). The CCCP includes the pages Bates-numbered as 2nd Rev. AR 50430 through 2nd Rev. AR 50811.

Executed on this 26th day of November, 2024.

*[signature]*
Andrea Dolbear
Regional Litigation Specialist