| Date | Author | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| 12/04/2009 | USDA Forest Service, Rick McClure, Forest Archeologist, Mt. Hood National Forest | Sally Bird, Cultural Resources Program Manager Confederated Tribes of Warm Springs | Project Review for Heritage Resources under the Terms of the 2004 Programmatic Agreement among the USFS R6, ACHP, and SHPO; Concurrence of SHPO Adverse Effect; Adverse Effect Letter from SHPO; and Cultural Resource Inventory Report for Government Camp Cooper Spur Land Exchange. | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |
| 05/12/2016 | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Marlee Wernz, Confederated Tribes of Warm Springs | Email correspondence with Confederated Tribes of Warm Springs | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |
| 07/20/2016 | Chris Bailey, Cultural Protection Specialist, Confederated Tribes of the Grand Ronde Community of Oregon<br><br>Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Michelle Lombardo, Mt. Hood National Forest, Environmental Coordinator. | Email correspondence with Confederated Tribes of the Grand Ronde | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |

| Date | Author | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| 08/03/2016 | Michelle Lombardo, Mt. Hood NF, Environmental Coordinator | | Meeting notes from meeting between FS and tribe discussing comments from Confederated Tribes of the Grand Ronde | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |
| 09/28/2016 | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Kathleen Sloan, Warm Springs Geo Visions Cultural Resource Department Confederated Tribes of the Warm Springs Reservation of Oregon | Email transmitting management information for sensitive tribal resources | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |
| 10/03/2016 | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Kathleen Sloan, Warm Springs Geo Visions Cultural Resource Department Confederated Tribes of the Warm Springs Reservation of Oregon | Email follow up transmitting management information for sensitive tribal resources | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |

| Date | Author | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| 10/04/2016 | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Kathleen Sloan, Warm Springs Geo Visions Cultural Resource Department Confederated Tribes of the Warm Springs Reservation of Oregon | Email follow up transmitting management information for sensitive tribal resources | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |
| 10/12/2016 | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Kathleen Sloan, Warm Springs Geo Visions Cultural Resource Department Confederated Tribes of the Warm Springs Reservation of Oregon | Email follow up transmitting management information for sensitive tribal resources site visit | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |
| 10/13/2016 | Kathleen Sloan, Warm Springs Geo Visions Cultural Resource Department Confederated Tribes of the Warm Springs Reservation of Oregon | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Email follow up transmitting management information for sensitive tribal resources site visit | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |

| Date | Author | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| 10/13/2016 | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Michelle Lombardo, Mt. Hood NF, Environmental Coordinator | Email discussing specific sensitive tribal resources | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |
| 10/27/2016 | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Kathleen Sloan, Warm Springs Geo Visions Cultural Resource Department Confederated Tribes of the Warm Springs Reservation of Oregon | Email to tribe following up on tribal concerns about specific tribal resources | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |
| 12/02/2016 | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Briece Edwards | Email to Confederated Tribe of Grand Ronde discussing DEIS concerns about specific sensitive tribal resources | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |

| Date | Author | Recipient(s) | Description | Privilege |
|---|---|---|---|---|
| 01/26/2017 | Kathleen Sloan, Warm Springs Geo Visions Cultural Resource Department Confederated Tribes of the Warm Springs Reservation of Oregon | Alexandra Wenzl, Mt. Hood NF, Historian & Tribal Relations Advisor | Email chain coordinating a study regarding specific sensitive tribal resources | Sensitive Tribal Sites Information *Tribal Cultural and Heritage Cooperation Authority Technical Guide: A Companion to the Forest Service Directives (For implementing the Cultural and Heritage Cooperation Authority 25 U.S. Code Chapter 32A)* and NHPA |