IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF HOOD RIVER

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS' COMMITTEE, INC., an Oregon non-profit Corporation, and MIKE McCARTHY, an individual,<br><br>    Petitioners,<br><br>    vs.<br><br>BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY, an Oregon Municipal Corporation, and MT. HOOD MEADOWS OREGON, LTD., an Oregon limited partnership,<br><br>    Respondents. | Case No. 020029CC<br><br>**Supplemental Judgment** |

THIS MATTER came before the Court on August 5, 2025, for oral argument on Petitioners' Supplemental Petition for Writ of Review. Jesse A. Buss of Willamette Law Group, PC and Karl G. Anuta of the Law Office of Karl G. Anuta, PC appeared on behalf of Petitioners Hood River Valley Residents' Committee, Inc. and Mike McCarthy ("Petitioners"). Mark R. Sandri of Peachey Davies & Myers, PC appeared for Respondent Board of Commissioners of Hood River County (the "Board"). Jonathan M. Radmacher of McEwen Gisvold, LLP appeared for Respondent Mt. Hood Meadows Oreg., LLC (fka Mt. Hood Meadows Oregon, LTD.).

NOW, THEREFORE, having read the parties' briefs, having heard oral argument, and

PAGE 1 OF 3 – SUPPLEMENTAL JUDGMENT

Jesse A. Buss, OSB No. 122919
WILLAMETTE LAW GROUP, PC
411 5th St., Oregon City OR 97045
503-656-4884, jesse@WLGpnw.com
**Exhibit 1 to Second Drake Declaration**
**Thrive Hood River v. Loftsgaarden, Case no. 3:22-cv-1981-AR (D. Or.)**

being fully advised in the matter, for the reasons stated on the record the Court denies Petitioners' supplemental claims for relief and thereby affirms the challenged November 18, 2024, Remand Order issued by the Board. It is so adjudged.

9/9/2025 9:31:26 AM

*John A. Olson* (signature)

Circuit Court Judge John A Olson

SUBMITTED BY:
Jesse A. Buss, OSB No. 122919
WILLAMETTE LAW GROUP, PC
411 Fifth St., Oregon City OR 97045
503-656-4884, jesse@WLGpnw.com

PAGE 2 OF 3 – SUPPLEMENTAL JUDGMENT

Jesse A. Buss, OSB No. 122919
WILLAMETTE LAW GROUP, PC
411 5th St., Oregon City OR 97045
503-656-4884, jesse@WLGpnw.com

**Exhibit 1 to Second Drake Declaration**
**Thrive Hood River v. Loftsgaarden, Case no. 3:22-cv-1981-AR (D. Or.)**

# CERTIFICATE OF READINESS

The undersigned counsel for hereby certifies as follows with respect to the proposed judgment filed herewith: This proposed order or judgment is ready for judicial signature because each opposing party affected by this order or judgment has approved the order or judgment, as shown by written confirmation of approval sent to me.

**DATED** this 8th day of September 2025.

                                                       */s/ Jesse A. Buss*
                                                     Jesse A. Buss, OSB No. 122919
                                                     *Of Attorneys for Petitioners*

**PREPARED AND SUBMITTED BY:**
Jesse A. Buss, OSB #122919
WILLAMETTE LAW GROUP, PC
411 Fifth Street
Oregon City OR 97045-2224
ph: 503-656-4884
fax: 503-608-4100
jesse@WLGpnw.com

PAGE 3 OF 3 – SUPPLEMENTAL JUDGMENT

**Jesse A. Buss**, OSB No. 122919
WILLAMETTE LAW GROUP, PC
411 5th St., Oregon City OR 97045
503-656-4884, jesse@WLGpnw.com
**Exhibit 1 to Second Drake Declaration**
Thrive Hood River v. Loftsgaarden, Case no. 3:22-cv-1981-AR (D. Or.)