Verified Correct Copy of Original 6/28/2024.

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF HOOD RIVER

| | |
|---|---|
| HOOD RIVER VALLEY RESIDENTS' COMMITTEE, INC., an Oregon non-profit corporation, MIKE MCCARTHY, an individual resident of the State of Oregon and Hood River County,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>BOARD OF COUNTY COMMISSIONERS OF HOOD RIVER COUNTY, an Oregon Municipal Corporation, and MT. HOOD MEADOWS OREGON, LTD, an Oregon limited partnership,<br><br>　　　　Respondents. | Case No. 020029CC<br><br>GENERAL JUDGMENT |

THIS MATTER came before this Court on August 3, 2023, for oral argument and hearing on the merits for the *First Amended Petition for Writ of Review* (the "Writ") filed by Hood River Valley Residents' Committee, Inc., and Mike McCarthy ("Petitioners"). Jesse A. Buss of Willamette Law Group, PC and Karl G. Anuta of the Law Office of Karl G. Anuta, PC appeared for Petitioners. Mark R. Sandri of Peachey Davies & Myers, PC appeared for Board of Commissioners of Hood River County. Jonathan M. Radmacher of McEwen Gisvold, LLP appeared for Mt. Hood Meadows Oreg., LLC.

///

///

///

PAGE 1 OF 2 – GENERAL JUDGMENT

Exhibit 2 to Second Drake Declaration
Thrive Hood River v. Loftsgaarden, Case no. 3:22-cv-1981-AR (D. Or.)

NOW, THEREFORE, having read the parties' briefs, having heard oral arguments, and otherwise being fully advised in the matter, it is the **JUDGMENT** of this Court as follows:

(1) The Court hereby incorporates, reaffirms, and restates its *Memorandum Opinion Following Writ of Review Hearing* dated November 14, 2023 ("Opinion Letter") as if set forth more fully herein;

(2) Petitioners' First Claim for Relief is GRANTED in part. For the reasons set forth in the Opinion Letter, the Court finds that the Board of County Commissioners failed to make a requisite equal value finding that was substantiated by the underlying valuation reports as required by ORS 34.040(1)(b) and ORS 34.040(1)(c).

(3) Petitioners' Second, Third, and Fourth Claims for Relief are DENIED.

(4) The challenged decision is remanded to the Board of Commissioners of Hood River County for further proceedings consistent with this Judgment and the Court's November 14, 2023 Opinion Letter.

(5) Any appeal or challenge to the Board's decision on remand will come to this Court and be resolved by further proceedings that will culminate in a Supplemental Judgment.

IT IS SO ORDERED AND ADJUDGED:

*/s/ John A. Olson*
John A. Olson
Circuit Court Judge

PAGE 2 OF 2 – GENERAL JUDGMENT

Exhibit 2 to Second Drake Declaration
Thrive Hood River v. Loftsgaarden, Case no. 3:22-cv-1981-AR (D. Or.)